Official Form 1 (1/08)

| United States Bankruptcy Court<br>**DISTRICT OF MASSACHUSETTS** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Link Development, LLC,**<br>**a Massachusetts Limited Liability Co.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **56-2626093** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2 Prince Street**<br>**Second Floor Unit**<br>**Boston Massachusetts**     ZIPCODE **02113** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: **Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **1040 Broadway, Saugus Massachusetts**     ZIPCODE **01906** | |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Limited Liability Company**

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Link Development, LLC, a Massachusetts Limited Liability Co.* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *USBC for the District of Massachusetts* | Case Number: *09-14435* | Date Filed: *May 15, 2009* |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *Dargie, Inc., a Massachusetts Corporation* | Case Number: *10-10516* | Date Filed: *January 21, 2010* |
| District: *Massachusetts* | Relationship: *Creditor* | Judge: *Hon. Joan N. Feeney* |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____  1/28/2010 <br> Signature of Attorney for Debtor(s)             Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Link Development, LLC,*<br>*a Massachusetts Limited Liability Co.* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>1/28/2010<br>(Date) |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X */s/ Scott R. Stevenson, Esq.*<br>Signature of Attorney for Debtor(s)<br><br>*Scott R. Stevenson, Esq.  480390*<br>Printed Name of Attorney for Debtor(s)<br><br>*Stevenson & Lynch, P.C.*<br>Firm Name<br><br>*62 Derby Street*<br>Address<br><br>*Suites 4-5*<br><br>*Hingham MA  02043-3718*<br><br>*(781) 741-5000*<br>Telephone Number<br><br>*1/28/2010*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Jeffrey B. Karll*<br>Signature of Authorized Individual<br><br>*Jeffrey B. Karll*<br>Printed Name of Authorized Individual<br><br>*Manager*<br>Title of Authorized Individual<br><br>*1/28/2010*<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**ADDITIONAL PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor: *Worcester Restaurant Associates, LLC* | Case Number: *09-40355* | Date Filed: *February 4, 2009* |
|---|---|---|
| District: *Massachusetts* | Relationship: *Co-Debtor* | Judge: *Hon. Joel B. Rosenthal* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

In re *Link Development, LLC*
*a Massachusetts Limited Liability Co.*

Case No.
Chapter *11*

,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Jeffrey B. Karll*<br>*2A Prince Street*<br>*Second Floor Unit*<br>*Boston Massachusetts    02113* | Phone:<br>*Jeffrey B. Karll*<br>*2A Prince Street*<br>*Second Floor Unit*<br>*Boston Massachusetts    02113* | *Manager of Debtor* | | *$ 440,000.00* |
| 2<br>*Quick Funding, LLC*<br>*2 Prince Street*<br>*Second Floor Unit*<br>*Boston Masachusetts    02113* | Phone:<br>*Quick Funding, LLC*<br>*2 Prince Street*<br>*Second Floor Unit*<br>*Boston Massachusetts    02113* | *Breach of Contract to Pay Assign.* | | *$ 400,000.00* |
| 3<br>*Dargie, Inc.*<br>*2 Prince Street*<br>*Boston Massachusetts    02113* | Phone:<br>*Dargie, Inc.*<br>*2 Prince Street*<br>*Boston Massachusetts    02113* | *Expenses of Debtor Paid* | | *$ 42,000.00* |
| 4<br>*Daria B. Karll*<br>*SouthPointe Condominiums*<br>*3400 Galt Ocean D. Unit*<br>*Ft. Lauderdale Florida 33308* | Phone:<br>*Daria B. Karll*<br>*SouthPointe Condominiums*<br>*3400 Galt Ocean D. Unit*<br>*Ft. Lauderdale Florida 33308* | *Office Rent* | | *$ 30,600.00* |
| 5<br>*George O. Gregson, Esq.*<br>*325 Central Street*<br>*Saugus Massachusetts    01906* | Phone:<br>*George O. Gregson, Esq.*<br>*325 Central Street*<br>*Saugus Massachusetts    01906* | *Legal Services Render and Costs* | | *$ 26,501.84* |

B4 (Official Form 4) (12/07)    Case 10-10786    Doc 1    Filed 01/28/10    Entered 01/28/10 21:47:05    Desc Main
                                              Document      Page 6 of 15

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>George Rothman<br>83 Meadowbrook Road<br>Newton Center Masaschusetts 02459 | Phone:<br>George Rothman<br>83 Meadowbrook Road<br>Newton Center Masaschusetts 02459 | Guaranty of Loan to Others | D | $ 25,000.00 |
| 7<br>Catuogaro Court Reporting<br>1414 Main Street<br>Springfield Massachusetts 01144 | Phone:<br>Catuogaro Court Reporting<br>1414 Main Street<br>Springfield Massachusetts 01144 | Court Reporting | U D | $ 25,000.00 |
| 8<br>Gralia Group<br>c/o Elm Development Services<br>200 North Main Street<br>East Longmeadow Massachusetts 01026 | Phone:<br>Gralia Group<br>c/o Elm Development Services<br>200 North Main Street<br>East Longmeadow Massachusetts 01026 | Breach of Contract to Sell Land | D | $ 20,000.00 |
| 9<br>Hayes Engineering<br>603 Salem Street<br>Wakefield Masachusetts 01880 | Phone:<br>Hayes Engineering<br>603 Salem Street<br>Wakefield Masachusetts 01880 | Engineering Services and Costs | | $ 6,693.25 |
| 10<br>Francis Fraine<br>88 Spears Street<br>Quincy Massachusetts 02169 | Phone:<br>Francis Fraine<br>88 Spears Street<br>Quincy Massachusetts 02169 | Money Lent | | $ 2,799.00 |
| 11<br>The Mediation Group<br>3 Harvard Avenue<br>Brookline Massachusetts 02446 | Phone:<br>The Mediation Group<br>3 Harvard Avenue<br>Brookline Massachusetts 02446 | Mediation Services and Expenses | D | $ 2,200.00 |
| 12<br>Caroline Ligotti<br>Post Office Box 411<br>Woburn Massachusetts 02152 | Phone:<br>Caroline Ligotti<br>Post Office Box 411<br>Woburn Massachusetts 02152 | Advertising | | $ 1,500.00 |

B4 (Official Form 4) (12/07)   Case 10-10786   Doc 1   Filed 01/28/10   Entered 01/28/10 21:47:05   Desc Main
Document   Page 7 of 15

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>United States Trustee's Office<br>5 Post Office Square<br>Suite 1000<br>Boston Massachusetts 02109-3934 | Phone:<br>United States Trustee's Office<br>5 Post Office Square<br>Suite 1000<br>Boston Massachusetts 02109-3934 | Quarterly Fees from Prior Case | | $ 650.80 |
| 14<br>Essam Al Tamimi<br>Al-Tamimi & Co., PO Box 9275<br>6th Flr., Building No. 4<br>Dubai U.A.E. | Phone:<br>Essam Al Tamimi<br>Al-Tamimi & Co., PO Box 9275<br>6th Flr., Building No. 4<br>Dubai U.A.E. | Manager of Debtor | D | $ 0.00 |
| 15<br>BD Lending Trust<br>80 Summer Street<br>Boston Massachusetts  02110 | Phone:<br>BD Lending Trust<br>80 Summer Street<br>Boston Massachusetts  02110 | Mortgage Lien | D | $ 0.00<br>*Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist |
| 16<br>Pitt Pipeline<br>318 Bearhill Road<br>Waltham Massachusetts 02451 | Phone:<br>Pitt Pipeline<br>318 Bearhill Road<br>Waltham Massachusetts 02451 | Mechanics Lien | | $ 10,706.00<br>*Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist |
| 17<br>Saugus Realty Rescue & Development, LLC<br>5 Pleasant Street<br>Worcester Massachusetts 01609 | Phone:<br>Saugus Realty Rescue & Development, LLC<br>5 Pleasant Street<br>Worcester Massachusetts 01609 | Payment of Debtor's Debt to RFF | D | $ 0.00 |
| 18<br>Russell & Associates, LLP<br>200 Highland Avenue<br>Needham Heights<br>Masachusetts    02494 | Phone:<br>Russell & Associates, LLP<br>200 Highland Avenue<br>Needham Heights<br>Masachusetts    02494 | Attorney's Lien | D | $ 0.00<br>*Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist |
| 19<br>Desert Pine LLC [Desert Palm]<br>2 Prince Street<br>Second Floor Unit<br>Boston Massachusetts    02113 | Phone:<br>Jeffrey B. Karll, Manager<br>2 Prince Street<br>Second Floor Unit<br>Boston Masachusetts 02113 | Mortgage Lien | D | $ 0.00<br>Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00 |

B4 (Official Form 4) (12/07)   Case 10-10786    Doc 1    Filed 01/28/10    Entered 01/28/10 21:47:05    Desc Main
Document      Page 8 of 15

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>RFF Family Partnership, LP<br>c/o Robert Freedman<br>226 23rd Street<br>Santa Monica  California  90402 | Phone:<br>RFF Family Partnership, LP<br>c/o Robert Freedman<br>226 23rd Street<br>Santa Monica  California  90402 | Mortgage Lien | D | $ 0.00<br>*Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist |
| 21<br>William J. Cintolo, Esq.<br>c/o Cosgrove Eisenberg & Kiley<br>One International Place -<br>Boston Massachusetts   02110 | Phone:<br>William J. Cintolo, Esq.<br>c/o Cosgrove Eisenberg & Kiley<br>One International Place -<br>Boston Massachusetts   02110 | Legal Services Render and Costs | | $ 0.00 |
| 22<br>Frank D. Kirby, Esq.<br>Frank D. Kirby & Associates<br>5 Pleasant Street<br>Worcester Massachusetts   01609 | Phone:<br>Frank D. Kirby, Esq.<br>Frank D. Kirby & Associates<br>5 Pleasant Street<br>Worcester Massachusetts   01609 | Legal Services Render and Costs | | $ 0.00 |
| 23<br>Town of Saugus<br>Collector of Taxes<br>298 Central Street<br>Saugus Masachusetts   01906 | Phone:<br>Town of Saugus<br>Collector of Taxes<br>298 Central Street<br>Saugus Masachusetts   01906 | Real Estate Taxes | | $ 0.00 |
| 24<br>Russell & Assoc. - Assignee<br>c/o Russell & Associates, LLC<br>200 Highland Avenue<br>Needham Heights<br>Massachusetts   02494 | Phone:<br>Russell & Assoc. - Assignee<br>c/o Russell & Associates, LLC<br>200 Highland Avenue<br>Needham Heights<br>Massachusetts   02494 | Asgn. of Desert Pine-Palm Mort | D | $ 0.00<br>*Value: $ 7,500,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Jeffrey B. Karll*, *Manager* of the *Limited Liability Company* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *1/28/2010*    Signature */s/ Jeffrey B. Karll*
         Name: *Jeffrey B. Karll*
         Title: *Manager*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

In re *Link Development, LLC, a Massachusetts Limited Liability Co.*                        Case No.
                                                                                            Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Scott R. Stevenson, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *hourly*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *3,600.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *1,039.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *Jeffrey B. Karll, individually, paid the sum of $3,600.00; $1,039 of this sum was to pay the filing fee and the remainder, $2,561.00 was paid as a retainer to Attorney Scott R. Stevenson of Stevenson & Lynch, P.C.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *If not from Debtor's earnings or from sale of Debtor's real property, then from Jeffrey B. Karll, individually, Daria B. Karll, individually, Dargie, Inc., a Massachusetts Corporation, North End Restaurant Associates, LLC, a Massachusetts Limited Liability Company, and/or Prince Investment Group, LLC, a Rhode Island Limited Liablity Company*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *1/28/2010*                    Respectfully submitted,

                              X */s/ Scott R. Stevenson, Esq.*
Attorney for Petitioner: *Scott R. Stevenson, Esq.*
                              *Stevenson & Lynch, P.C.*
                              *62 Derby Street*
                              *Suites 4-5*
                              *Hingham MA  02043-3718*
                              *(781) 741-5000*
                              *SStevenson@StevensonLynch.com*

# LINK DEVELOPMENT, LLC,
### a Massachusetts Limited Liability Company

# MANAGER'S CERTIFICATE

### Dated and Effective as of January 27, 2010

*THE UNDERSIGNED HEREBY CERTIFIES* that the following resolutions have been incorporated into the books and records of **Link Development, LLC**, a Massachusetts Limited Liability Company (hereinafter, the "**Company**"), as of this 27th day of January 2010:

*WHEREAS,* the Company is insolvent and unable to pay its debts when due and a creditor has scheduled a foreclosure sale of the real property of the Company for January 28, 2010 at Noon that would adversely affect the Company and the interests of its member(s); and

*WHEREAS,* the Company, its member(s) and its creditors would best be served by reorganization of the Company under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED* and *VOTED:* That the Company shall forthwith file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code, Title 11, U.S.C. § 101, et. seq. in the United States Bankruptcy Court for the District of Massachusetts; and

*RESOLVED* and *VOTED:* That its Manager, Jeffrey B. Karll, and/or his successor (if any) as Manager of the Company shall be and hereby is fully and completely authorized to forthwith take all acts, in his sole discretion, to implement the aforesaid corporate resolutions as voted and to retain legal and accounting professionals, subject to the Rules of the United States Bankruptcy Court; and

*RESOLVED AND VOTED:* That its said Manager, Jeffrey B. Karll, and/or his successor (if any) as Manager of the Company is empowered to file all documents and pleadings required to reorganize or liquidate the Company under Chapter 11 of Title 11, U.S.C. § 101, et. seq. and to take all steps required to complete a reorganization of the Company under that Chapter or any other Section of the United States Bankruptcy Code; and

*RESOLVED* and *VOTED:* That Scott R. Stevenson, Esq. of Stevenson & Lynch, P.C. be employed by the Company as its Bankruptcy counsel and Jeffrey B. Karll, as Manager, shall be and hereby is authorized to executed and deliver to the said Scott R. Stevenson, Esq., a certain Retainer of Attorney and Hourly Rate Fee Agreement, subject to the approval of the United States Bankruptcy Court.

*READ, UNDERSTOOD AND APPROVED, ANY REQUIRED NOTICE HEREBY WAIVED AND EXECUTED AS IF UNDER SEAL:*

*APPROVED AND RATIFIED:*

LINK DEVELOPMENT, LLC,
a Massachusetts Limited Liability Company

_____
Jeffrey B. Karll, Member

by: _____
Jeffrey B. Karll, its Manager and
duly authorized agent

*LIMITED LIABIILTY COMPANY RESOLUTIONS AND VOTES*
Link Development, LLC, a Massachusetts Limited Liability Company
Page 2 of 2
Effective as of January 27, 2010

### *MANAGER'S FURTHER CERTIFICATE*

The undersigned, Jeffrey B. Karll, hereby certifies that he is the duly elected and qualified Manager of the Company and that he is the custodian of the books and records and seal of Link Development, LLC, a Massachusetts Limited Liability Company, duly formed pursuant to the laws of the Commonwealth of Massachusetts and that the foregoing is a true record of the resolutions and votes duly adopted the Company on January 27, 2010 and that said resolutions and votes are now in full force and effect without modification or rescission.

*IN WITNESS WHEREOF*, I have executed my name as Manager of the Company and have hereunto affixed the corporate seal of the above-named Company this 27th day of January, 2010 at Boston, Suffolk County, Massachusetts:

_____
Jeffrey B. Karll, Manager

1275T.005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Link Development, LLC,
a Massachusetts Limited Liability Company,
                                            Debtor

Chapter 11
Case No.: _____

Judge: _____

## DECLARATION RE: ELECTRONIC FILING

**PART I- DECLARATION OF PETITIONER**

I, **Jeffrey B. Karll, Manager of Link Development, LLC and duly authorized agent**, hereby declare under penalty of perjury that all of the information contained in Debtor's petition, schedules and statements (singly or jointly the "**Document**"), filed electronically, is true and correct. I understand that this **DECLARATION** is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this **DECLARATION** may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) - 7(a), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: January 28, 2010        _____
                               (Affiant)    Jeffrey B. Karll, as Manager
                                            and authorized agent

**PART II - DECLARATION OF ATTORNEY** (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this **DECLARATION**, and I have followed all other electronic filing requirements currently established by local rule and standing order. This **DECLARATION** is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: January 28, 2010        _____
                               **Scott R. Stevenson, Esquire**

1275T.004